(July 28, 2015)

■ MIRANDA GANAJ et al., Appellants, v NEW YORK CITY HEALTH AND HOSPITALS CORPORATION, Respondent. [12 NYS3d 886]—Judgment, Supreme Court, Bronx County (Edgar G. Walker, J.), entered on or about March 25, 2013, upon a jury verdict, in favor of defendant, unanimously affirmed, without costs.

Plaintiffs failed to preserve their challenges on appeal regarding the charges and the supplemental charge to the jury and the verdict sheet interrogatories, as they never made their objections before the jury returned its verdict (CPLR 4110-b, 4111 [b]; *Barry v Manglass*, 55 NY2d 803, 805-806 [1981]). In any event, the court's instructions to the jury and the verdict sheet were proper.

Furthermore, the jury's verdict is supported by a fair interpretation of the evidence and therefore is not against the weight of the evidence (*see Lolik v Big v Supermarkets*, 86 NY2d 744, 746 [1995]). Concur—Gonzalez, P.J., Mazzarelli, DeGrasse and Kapnick, JJ.